UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL-MON JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. ALLAN, et al.,<br><br>　　　　Defendants. | Case No.  2:24-cv-00861-DJC-JDP (PC)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

////

1. The findings and recommendations filed July 18, 2024, are adopted in full;

2. Plaintiff's Fourteenth Amendment failure to protect and failure to provide medical care claims are dismissed without leave to amend; and

3. This action is referred back to the assigned Magistrate Judge for all further pretrial matters.

IT IS SO ORDERED.

Dated: __October 11, 2024__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE