UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL-MON JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>K. ALLAN, et al.,<br><br>    Defendants. | Case No.  2:24-cv-0861-DJC-JDP (P)<br><br>ORDER |

Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 26, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed February 26, 2025, are adopted in

1

1 | full;

2 |     2. This action is DISMISSED without prejudice for failure to comply with court

3 | orders for the reasons set forth in the January 3, 2025 order; and

4 |     3. The Clerk of Court is directed to serve a copy of this Order and the findings

5 | and recommendations (ECF No. 15) on the State Bar of California and to close the

6 | case.

    IT IS SO ORDERED.

Dated: **April 18, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE